UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Paul Brooks Leetch, | No. 21-cv-1432 (KMM/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| Jeffrey Fikes, Warden, FCI-Sandstone, | |
| Respondent. | |

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge David T. Schultz, dated July 20, 2022. Judge Schultz recommends that the petition for a writ of habeas corpus filed by Petitioner Paul Brooks Leetch, seeking restoration of 41 days of good conduct time, be denied for failure to demonstrate a violation of his due process rights. No objections have been filed to the R&R.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)).

Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error. The R&R correctly identifies and applies the

deferential legal standards governing Mr. Leetch's due process challenge to the revocation of good conduct time through the prison disciplinary process.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Report and Recommendation [ECF No. 13] is **ACCEPTED**.

2. Mr. Leetch's Habeas Petition [ECF No. 1] is **DENIED**.

3. Mr. Leetch's Motion for a Status Update [ECF No. 12] is **DENIED AS MOOT**.

**Let Judgment be entered accordingly**.

Date: November 15, 2022

    *s/Katherine Menendez*
Katherine Menendez
United States District Judge